DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MITCHELL D. JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2719

_____

January 21, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

Mitchell D. Jackson, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.